James J. Fogerty, defendant in error, v. Edward C. Mauer, plaintiff in error.

Opinion filed February 1, 1932.

Wheeler & Oehmke and Ralph Cook, for plaintiff in error; William E. Wheeler, William C. Dunham and Wilmer L. Vogt, of counsel. Kramer, Campbell, Costello & Wiechert, for defendant in error.

Mr. Justice Edwards delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Frank Schell, plaintiff in error.

Opinion filed February 1, 1932. Rehearing denied February 22, 1932.

Geo. L. Meyer and F. M. Guinn, for plaintiff in error. J. H. Allio, State's Attorney, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Arthur Henry Fix, appellant, v. Karr Range Company, appellee.

Opinion filed February 1, 1932.

Beasley & Zulley, for appellant. Farmer & Klingel, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Edna Appleton, appellee, v. Montgomery Ward & Company, Inc., appellant.

Opinion filed February 1, 1932.

Wheeler & Oehmke and Winston, Strawn & Shaw, for appellant; Silas H. Strawn, Harold A. Smith, Charles B. Fullerton and William E. Wheeler, of counsel. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Fulton delivered the opinion of the court.